DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

RONALD SANTIAGO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2312

_____

December 5, 2025

Appeal from the Circuit Court for Pinellas County; Julie Lyn Sercus, Judge.

Blair Allen, Public Defender and Maura J. Kiefer, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Taylor A. Schell, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

LUCAS, C.J., and KELLY, and KHOUZAM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.